IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DEVONNA TILLMAN, also known as Devonna Fricks,
individually and on behalf of all others similarly situated                                      PLAINTIFF

V.                                    CASE NO. 4:18-cv-04090

DYNAMIC RECOVERY SOLUTIONS,
LLC; CALVARY SPV I, LLC; and JOHN
DOES, 1-25                                                                                      DEFENDANT

## **ORDER**

Before the Court is a Notice of Voluntary Dismissal with Prejudice filed by Plaintiff. ECF No. 9. Plaintiff states that this action can be dismissed with prejudice, without costs, disbursements, or attorney's fees to any party. Defendants have filed no response to the instant filing and, accordingly, the Court will assume that the same is unopposed. Accordingly, the Court finds that this matter should be and hereby is **DISMISSED WITH PREJUDICE** and that no party is entitled to any costs or fees.

**IT IS SO ORDERED**, this 22nd day of January, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge